1  Sterling A. Brennan (CA):  sbrennan@wnlaw.com
   Tyson K Hottinger (CA):  thottinger@wnlaw.com
2  David R. Wright (UT):  dwright@wnlaw.com
   Jared J. Braithwaite (UT):  jbraithwaite@wnlaw.com
3  WORKMAN | NYDEGGER
4  20 Pacifica, Suite 1130         &    60 E. South Temple, Suite 1000
   Irvine, CA 92618                     Salt Lake City, Utah 84111
5  Telephone: (949) 242-1900            Telephone:  (801) 533-9800
   Facsimile: (949) 453-1104            Facsimile:  (801) 328-1707
6
7  *Attorneys for Plaintiff ICON HEALTH & FITNESS, INC.*

8  Kent M. Walker
   LEWIS KOHN & FITZWILLIAM LLP
9  10935 Vista Sorrento Pkwy, Suite 370
   San Diego, CA 92130
10 Telephone:   (619) 446-5603
   Facsimile:   (619) 923-2959
11 kwalker@lewiskohn.com

12
   *Attorneys for Defendants ISAAC CALDERON, MAHONRY J.*
13 *SANCHEZ, VENTO NORTH AMERICA, LLC, and LIME PRO*
   *EQUIPMENT USA*
14

15                    **UNITED STATES DISTRICT COURT**

16                 **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

17 | ICON HEALTH & FITNESS, INC., | Case No. 3:12-cv-02029 JAH WMc |
   |---|---|
18 | Plaintiff, | JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |
19 | v. | |
20 | ISAAC CALDERON, MAHONRY J. SANCHEZ, VENTO NORTH AMERICA, LLC, and LIME PRO EQUIPMENT USA, | Complaint Filed: August 16, 2012 |
21 | | |
22 | Defendants. | |

23     1.     Pursuant to CivLR 7.2 and 12.1, by and through counsel, and with the stipulation of

24 Plaintiff ICON HEALTH & FITNESS, INC. ("ICON"), Defendants Isaac Calderon, Mahonry J.

25 Sanchez, Vento North America, LLC, and Lime Pro Equipment USA ("Defendants") hereby move

26 the Court for an order setting the time in which Defendants may file their answer or otherwise

27 respond to the Complaint to Friday October 5, 2012.

28

JT MTN FOR EXTENSION                    1                       12-cv-02029-JAH-WMc

2. ICON HEALTH & FITNESS, INC. ("ICON" or "Plaintiff") filed its Complaint on August 16, 2012, alleging trademark infringement under the Lanham Act, false designation and unfair competition under the Lanham Act, common law unfair competition and trademark infringement, unfair competition under CA Bus. & Prof. Code § 17200, and false marking under 35 U.S.C. §292 against defendants.

3. Defendants agreed to accept service as of August 30, 2012 as reflected by the Acceptance of Service to be filed concurrently herewith. Based on that, the current responsive pleading deadline is September 21, 2012.

4. "Good cause" exists to justify the proposed extension. There are multiple causes of action against Defendants. Strategy on a responsive pleading will initially entail a substantial examination of each of those various causes of action and related allegations.

5. An extension of time to October 5, 2012 to explore the allegations raised in the Complaint will not prejudice any of the parties as this case is in its infancy.

WHEREFORE, Defendants and ICON jointly move for an extension up to and including October 5, 2012 for Defendants to answer or otherwise respond to ICON's Complaint.

Dated: September 4, 2012         LEWIS KOHN & FITZWILLIAM LLP

                                 By:   /s/    Kent M. Walker
                                       Kent M. Walker (173700)

                                       Attorneys for Defendant
                                       ISAAC CALDERON, MAHONRY J.
                                       SANCHEZ, VENTO NORTH
                                       AMERICA, LLC, and LIME PRO
                                       EQUIPMENT USA

Dated: September 4, 2012         WORKMAN NYDEGGER

                                 By:   /s/    Tyson K Hottinger
                                       Tyson K Hottinger (253221)

                                       Attorneys for Plaintiff
                                       ICON HEALTH & FITNESS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On September 4, 2012, I electronically lodged the foregoing document with the Court Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

/s *Kent M. Walker*
KENT M. WALKER
kent@kentmwalker.com
WALKER, PENDERGRASS &TIETSWORTH LLP
KENT M. WALKER (173700)